

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00612-CV

Sage M. **BARRERA** and Jenesey Barrera,
Appellants

v.

Dean T. **CHERER**,
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2013-CV-0077
Honorable Charles Ramsay, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is VACATED, and judgment is RENDERED dismissing appellee's forcible detainer lawsuit. It is ORDERED that appellants recover their costs of this appeal from appellee.

SIGNED April 30, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice